UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

|  |  |
|---|---|
| **KERMIT L. WALTERS** | NO. |
|  | JUDGE: |
| **VERSUS** |  |
| **FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, FORMERLY, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY** | MAGISTRATE: |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, which files this Notice of Removal of this action from the 4th Judicial District Court for the Parish of Ouachita, Louisiana, to the United States District Court, Western District of Louisiana, pursuant to 28 U.S.C. §1441, et seq., and in support thereof, states as follows:

1.

Farmers Property and Casualty Insurance Company is a Defendant to a civil action brought in the 4th Judicial District Court for the Parish of Ouachita, Louisiana, Suit No. C-20230674-CV5, entitled Kermit L. Walters v. Farmers Property and Casualty Insurance Company. Copies of all relevant documents from the suit record at the 4th Judicial District Court are attached hereto as Exhibit A.

2.

This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(B) in that it is a civil action between citizens of different

States and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## AMOUNT IN CONTROVERSY

3.

In support of its contention that the amount of controversy is met for purposes of removal, and while not admitting that Defendant agrees to Plaintiff's entitlement to the amount, Defendant submits the following:

A.    In the Petition for Damages, which is attached to the Notice of Removal as part of Exhibit A and filed on February 22, 2023, Plaintiff did not state the dollar amount of damages he is seeking, in accordance with Article 893 of the Louisiana Code of Civil Procedure which mandates:

> A. (1) No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand. The prayer for relief shall be for such damages as are reasonable in the premises except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, the lack of jurisdiction of federal courts due to insufficiency of damages, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required. By interrogatory, an opposing party may seek specification of the amount sought as damages, and the response may thereafter be supplemented as appropriate. (Emphasis added).

B.    The suit stems from an auto accident which occurred on February 24, 2021 in Monroe, Louisiana in which plaintiff herein, Kermit L. Walters, alleges that his vehicle, a 2014 Ford F-150 pickup truck was rear ended by a 2009 Nissan Rogue driven by Naconia Pollard while plaintiff Kermit L. Walters was stopped at a stop sign on Shannon Street in Monroe.

C. Nacoia Pollard was insured for auto liability by Go Auto, on information and belief, with a policy limit of $15,000.00 per person and $30,000.00 per accident.

D. Defendant is informed and believes that Go Auto has denied coverage for Naconia Picard.

E. Plaintiff Kermit Walters had a policy of insurance with Defendant Farmers Property and Casualty Insurance Company (formerly Metropolitan Property and Casualty Insurance Company) with certain alleged coverage for uninsured / under insured motorists ("UM") with policy limits of $250,000 per person and $500,000.00 per accident.

F. Plaintiff Kermit Walters also had an excess policy of insurance with Defendant Farmers Property and Casualty Insurance Company (formerly Metropolitan Property and Casualty Insurance Company) with a policy limit of $1,000,000.00

G. In the present suit, plaintiff Kermit L. Walters seeks to recover from defendant Farmers Farmers Property and Casualty Insurance Company certain amounts, believed to be in excess of $75,000, from defendant under said UM coverage.

H. Defendant Farmers Farmers Property and Casualty Insurance Company has paid Plaintiff a total of $124,918.00 in the form of unconditional UM tenders as required by Louisiana law, leaving approximately $125,082.00 in remaining coverage under the subject policy.

I. Plaintiff Kermit L. Walters alleges he incurred medical expenses, physical

|     | pain and suffering, and mental pain and anguish caused by the accident. |
| --- | --- |
| J.  | Specifically, Plaintiff Kermit L. Walters alleges the accident caused him to suffer a disc herniation and annular fissure at L5-S1, with an asymmetric abutment of the right S1 nerve root, along with a disc bulge at C5-C6, and a disc herniation at C6-C7, with foraminal narrowing. |
| K.  | Further, Plaintiff has undergone several pain management modalities, including radio frequency ablasions, nerve blocks, and epidural steroid injections, but he claims these have provided him with only temporary relief, and he claims he is now exploring surgical options. |
| L.  | On or about December 21, 2021, counsel for Plaintiff made a formal demand on Defendant for payment of the amount of UM coverage remaining under the subject policy. A copy of the electronic mail message setting forth the demand is attached hereto as Exhibit "A." |
| M.  | On or about February 15, 2022, counsel for Plaintiff again contacted Defendant by electronic mail with a second demand for the balance of the policy limits. In this message, counsel for Plaintiff cited five reported decisions from Louisiana case law, contending those cases supported the demand. A copy of this electronic message is attached hereto as Exhibit "B." |
| N.  | In addition, plaintiff Kermit L. Walters alleges defendant Farmers Property and Casualty Insurance Company failed to timely and fairly adjust his claim after he presented adequate proof of loss and that Defendant Farmers Property and Casualty Insurance Company has failed to tender amounts sufficient to fairly compensate him for his injuries, and , for that reason, he |

alleges, Farmers Property and Casualty Insurance Company is liable to him for statutory penalties and attorney fees under Louisiana law.

4.

Although the Petition for Damages, as filed by Plaintiff, did not put Defendant on notice that this matter may be removable to this Court as the amount in controversy was not set forth in his petition, Defendant shows, on information and belief, that the amount in controversy in this case, considering Plaintiff's demands for compensatory damages as well as penalties and attorney fees, will exceed the amount in controversy amount for Federal removal jurisdiction.

5.

Defendant was served with process on the Petition for Damages on March 3, 2023. This Notice of Removal is being filed within thirty (30) days of service of process of the Petition for Damages on Defendant, and is thus timely filed.

**DIVERSITY OF CITIZENSHIP**

6.

Plaintiff Kermit L. Walters is a resident of lawful age of Ouachita Parish, Louisiana, and is thereby deemed a citizen of Louisiana for purposes of diversity jurisdiction,

7.

Defendant, Farmers Property and Casualty Insurance Company, is a foreign insurance company domiciled in Rhode Island, and its principal place of business is in Rhode Island; accordingly, it is deemed to be a citizen of Rhode Island for purposes of diversity jurisdiction.

## NOTICE

8.

Defendant represents that promptly upon the filing of this Notice of Removal that it will give written notice thereof to the Plaintiff and shall file a copy of the Notice of Removal with the Clerk of the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana, wherein said state court action is now pending.

## PRAYER FOR RELIEF

Defendant Farmers Property and Casualty Insurance Company respectfully prays that the removal of this civil action be permitted, and that this Court notify the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana, to proceed no further.

WHEREFORE, Defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, respectfully prays that the above referenced matter now pending in against it in the 4th Judicial District Court for the Parish of Ouachita, Louisiana, Suit No. C-20230674-CV5, entitled Kermit L. Walters v. Farmers Property and Casualty Insurance Company, be removed and proceed in this Court as an action properly removed.

8670 Box Road, Building A
Shreveport, Louisiana 71106
318-222-0665 Telephone
318-220-3265 Facsimile

LUNN IRION LAW FIRM LLC

BY: _____
GERALD M. JOHNSON, JR.
BAR ROLL NO. 16987
ATTORNEYS FOR FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY

**KINCHEN WALKER BIENVENU BARGAS REED HELM**

9456 Jefferson Highway
Building III, Suite F
Baton Rouge, Louisiana 70809
225-292-6704 Telephone
225-292-6705 Facsimile

BY: _____/s/_____
VALERIE BRIGGS BARGAS
BAR ROLL NO. 27392
BRAIN W. HARRELL
BAR ROLL NO. 28439
ATTORNEYS FOR FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Notice of Removal has been forwarded to all counsel of record.

Shreveport, Louisiana, this __31st__ day of __MARCH__ 2023.

_____/s/_____
OF COUNSEL