OUACHITA PARISH CLERK OF COURT Clerk of Court          **scarletta**

P. O. Box 1862

Monroe, LA 71210-1862

Telephone: (318) 327-1444     Fax: (318) 327-1462

## Deposit Receipt

Receipt Number:      110260

Receipt Date:        02/22/2023 12:48:56

Suit Number:         C-20230674

KERMIT L WALTERS
VS
FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY DBA METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY

        Advance Deposit - Check (check #5518)              $450.00

Received From:       CARTER, CHAD C, #29790

Attorney Info:       28103
                     CHAD C CARTER #29790
                     2503 FERRAND STREET

                     MONROE, LA 71201

| | |
|---|---|
| **KERMIT L. WALTERS** | **FOURTH JUDICIAL DISTRICT COURT** |
| **VS. NO.** _____ | **PARISH OF OUACHITA** |
| **FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY** | **STATE OF LOUISIANA** |
| **FILED:** _____ | **DEPUTY CLERK OF COURT** |

Ouachita Parish
Filed Feb 22, 2023 12:48 PM
Scarlett Allen
Deputy Clerk of Court
**C-20230674 CV5**

## PETITION IN SUIT FOR DAMAGES

The petition of KERMIT L. WALTERS, a resident and domiciliary of The City of Monroe, Ouachita Parish, Louisiana, respectfully represents that:

1.

The defendant named herein is FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, alleged on information and belief to be a foreign insurance company, authorized to do and actually doing business in the State of Louisiana, whose agent for service of process for all suits brought against it in this state is THE LOUISIANA SECRETARY OF STATE

2.

The defendant is justly and legally indebted unto Petitioner herein for all damages which are just and reasonable under the circumstances, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following reasons, to-wit:

3.

On or about February 24, 2021, Plaintiff, KERMIT L. WALTERS, was operating a 2014 Ford F150, owned by him, and was proceeding in an easterly direction on Shannon Street in the City of Monroe, Ouachita Parish, Louisiana, in a prudent and safe manner.

4.

At the same time, Nacoia Pollard was operating a 2009 Nissan Rogue, and was also proceeding in an easterly direction on Shannon Street, directly behind Plaintiff, KERMIT L. WALTERS.

1

RECEIVED
2023 FEB 22 P 12:46
OUACHITA PARISH
CLERK OF COURT

5.

As Plaintiff, KERMIT L. WALTERS, stopped at a stop sign at the intersection of Shannon Street and North 18th Street in Monroe, Louisiana, suddenly and without warning, Nacoia Pollard maneuvered her vehicle into the rear of the vehicle driven by Plaintiff, KERMIT L. WALTERS, thereby resulting in a violent collision between the vehicles. Nacoia Pollard was issued a traffic citation for following too closely.

6.

At all times relevant herein, Plaintiff, KERMIT L. WALTERS, was attentive and aware of his surroundings and was operating his vehicle within the confines of the law and did not, in any way, cause or contribute to the above-described motor vehicle accident.

7.

As a result of the above-described motor vehicle accident Plaintiff, KERMIT L. WALTERS, was injured.

8.

The injuries and damages sustained by Plaintiff, KERMIT L. WALTERS, which are more fully set forth below, were caused by the negligence of Nacoia Pollard in the following particulars, to-wit:

- a) Failing to see what she should have seen;
- b) Failing to provide for the safety and well-being of others;
- c) Failing to maintain a proper lookout;
- d) Failing to maintain control of her vehicle;
- e) Careless operation;
- f) Driving in an inattentive and careless manner;
- g) Failing to bring her vehicle to a stop before colliding with the rear of another vehicle;
- h) Failing to obey the rules of the road; and
- i) Following too closely.

9.

Plaintiff, KERMIT L. WALTERS, as a direct result of the above-described motor vehicle accident, suffered the following damages:

2

a)  Medical expenses;

b)  Physical pain and suffering; and

c)  Mental pain and anguish.

10.

Plaintiff shows that at the time of the accident made subject of this litigation, Nacoia Pollard was an "underinsured" motorist, as that term is defined in the policy of insurance issued by Defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and covering Plaintiff, KERMIT L. WALTERS.

11.

Plaintiff, KERMIT L. WALTERS, further shows that, at the time of the accident made subject of this litigation, there was in full force and effect a policy of uninsured/underinsured motorist insurance coverage issued by Defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, covering Plaintiff in the event that he is involved in a motor vehicle accident with an uninsured or underinsured motorist. Plaintiff expressly and affirmatively alleges that Nacoia Pollard was an underinsured motorist, as that term is defined by the policy of insurance issued by FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY.

12.

Additionally, Plaintiff, KERMIT L. WALTERS, alleges that the Defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, has breached its duty of good faith and fair dealing owed to Plaintiff, KERMIT L. WALTERS, by failing to timely and fairly adjust this claim when presented with the opportunity to do so. Plaintiff expressly shows that he has, through undersigned counsel, provided adequate and sufficient proof of loss to Defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and that Defendant has failed to tender amounts sufficient to fairly compensate Plaintiff for his injuries and damages, thereby subjecting Defendant, FARMERS PROPERTY AND CASUALTY

INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, to additional statutory penalties and damages due to their blatant breach of their duty of good faith and fair dealing owed to Plaintiff, KERMIT L. WALTERS.

13.

Plaintiff alleges amicable demand, to no avail.

**WHEREFORE, PETITIONER PRAYS** that the defendant be served and cited according to law, and that after all legal delays have elapsed and due proceedings are had, there be judgment as follows:

1. In favor of Petitioner, KERMIT L. WALTERS, against FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, for all just and reasonable damages under the circumstances, including but not limited to bad faith penalties and damages; and

2. In favor of Petitioner, KERMIT L. WALTERS, against FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, for legal interest from the date of judicial demand until paid, and for all costs of these proceedings, and for all other equitable relief.

BY ATTORNEYS:
PARKER ALEXANDER, LLC
2503 FERRAND STREET
MONROE, LOUISIANA 71201
TEL. (318) 855-5324
FAX (318) 855-5694

BY: _____
CHAD C. CARTER
LA BAR NO. 29790
KEVIN D. ALEXANDER
LA BAR NO. 24933
Chad@ParkerAlexander.com

**PLEASE SERVE:**

FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY D/B/A
METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY
Through its Agent for Service of Process:
THE LOUISIANA SECRETARY OF STATE
8585 Archives Avenue
Baton Rouge, Louisiana 70809

4